1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11  S.N.L.N., by and through her            Case No. EDCV 18-33 JC
    Guardian ad Litem Cheryl Holmes,
12
                 Plaintiff,                 JUDGMENT
13
           v.
14
15  NANCY A. BERRYHILL, Acting
    Commissioner of Social Security
16  Administration,
17               Defendant.
18
19         IT IS HEREBY ADJUDGED that the decision of the Commissioner of
20  Social Security Administration is AFFIRMED.
21
22  DATED:  February 15, 2019
23
24                                          _____/s/_____
25                                          Honorable Jacqueline Chooljian
                                            UNITED STATES MAGISTRATE JUDGE
26
27
28